1  Steven M. Dicterow (Bar No. 89371)
   Email: sdicterow@onellp.com
2  Peter R. Afrasiabi (Bar No.193336)
   Email: pafrasiabi@onellp.com
3  **ONE LLP**
   4000 MacArthur Blvd.
4  East Tower, Suite 500
   Newport Beach, CA 92660
5  Telephone:   (949) 502-2870
   Facsimile:   (949) 258-5081
6
   Joanna Ardalan (Bar No. 285384)
7  Email: jardalan@onellp.com
   Jonathan O. Ballard (Bar No. 327489)
8  Email: jballard@onellp.com
   **ONE LLP**
9  9301 Wilshire Blvd.
   Penthouse Suite
10 Beverly Hills, CA 90210
   Telephone:   (310) 866-5157
11 Facsimile:   (310) 943-2085

12 *Attorneys for Plaintiff,*
   Michael Grecco Productions, Inc.
13

14              **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16                    **WESTERN DIVISION**

17 MICHAEL GRECCO                    Case No. 2:21-cv-04510-MWF-E
   PRODUCTIONS, INC., a California   Hon. Michael W. Fitzgerald
18 corporation,
                                     **FIRST AMENDED COMPLAINT**
19          Plaintiff,              **FOR COPYRIGHT**
                                     **INFRINGEMENT (17 U.S.C. § 501)**
         v.
20
   PICCLICK, INC., a California
21 Corporation; and DOES 1-10, inclusive,   **DEMAND FOR JURY TRIAL**

          Defendants.
22

23

24

25

26

27

28

                    **FIRST AMENDED COMPLAINT**

1    Michael Grecco Productions, Inc. ("Grecco" or "Plaintiff"), by and through

2  its attorneys of record, brings his First Amended Complaint against PicClick, Inc.

3  ("PicClick") and DOES 1-10, inclusive, (collectively "Defendants") as follows:

4                       **JURISDICTION AND VENUE**

5         1.    This is a civil action against Defendants for their acts of copyright

6  infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et.*

7  *seq.*

8         2.    This Court has subject matter jurisdiction over this copyright

9  infringement action under 28 U.S.C. §§ 1331, 17 U.S.C. § 501(a), and 28 U.S.C. §

10  1338(a).

11        3.    Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and

12  28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants

13  may be found and transact business in this Judicial District, and the injury suffered

14  by Grecco took place in this Judicial District. Defendants are subject to the general

15  and specific personal jurisdiction of this Court because of their contacts with the

16  State of California. Specifically, on information and belief, PicClick Inc. is

17  incorporated in California.

18                            **PARTIES**

19        4.    Grecco is a photography studio and business owned and operated by

20  photographer Michael Grecco and registered with the State of California on or

21  around January 01, 1998. Grecco is the successor by corporate name change from

22  Michael Grecco Photography, Inc. to Michael Grecco Productions, Inc. on January

23  26, 2012. Grecco is a California corporation with its principal place of business at

24  3103 17th Street, Santa Monica, California 90405.

25        5.    Grecco is informed and believes and, upon such, alleges that Defendant

26  PicClick, Inc. is a California Corporation, which has a principal place of business in

27  Rancho Santa Fe, California.

28  / / /

**FIRST AMENDED COMPLAINT**

1       6.      DOES 1 through 10, inclusive, are unknown to Grecco, who therefore

2  sues said Defendants by such fictitious names. Grecco will ask leave of Court to

3  amend this Complaint and insert the true names and capacities of said Defendants

4  when the same have been ascertained. Grecco is informed and believes and, upon

5  such, alleges that each of the Defendants designated herein as a "DOE" are legally

6  responsible in some manner for the events and happenings herein alleged, and that

7  Grecco's damages as alleged herein were proximately caused by such Defendants.

8  **STATEMENT OF FACTS**

9  *Grecco's Business and the Photographs Forming*

10  *the Subject Matter of This Dispute*

11       7.      As part of its business as a prominent celebrity photography agency,

12  Michael Grecco is hired by a multitude of top-tier media outlets, including certain

13  Hollywood studios, to take photographs of celebrities. Michael Grecco has been

14  asked to create and photograph iconic cover and portrait shots of legendary

15  musicians, actors, directors, technologists, Olympians, fashion models, comedians,

16  athletes and automobiles—such as Johnny Cash, Steven Spielberg, Will Smith,

17  Joachim Phoenix, Penelope Cruz, Olympian Janet Evans, Martin Scorsese, Steve

18  Martin, Chris Rock, the SnapChat Founders, and Porsche's legendary 911 sports

19  automobile. Michael Grecco has photographed for some of the most significant

20  publications magazines in the world, from *Vanity Fair* to *Rolling Stone* to *ESPN*

21  *Magazine* to *People* and *Forbes* and *Esquire* to name a few, as well as for iconic

22  brands to advertise their products, such as his iconic Porsche photographs. Grecco

23  then licenses its photographs on an exclusive and non-exclusive basis to top-tier

24  media outlets. Grecco has licensed individual images of celebrities for thousands of

25  dollars to major top-tier outlets.

26       8.      Grecco created many stylized photographs of singer and keyboardist,

27  Stevie Wonder. One of these photos (the "Stevie Wonder Photo") is at issue in this

28  dispute.

3

**FIRST AMENDED COMPLAINT**

9.      Grecco has timely obtained the copyright registration for the Stevie Wonder Photo with the United States Copyright Office before Defendants' copyright infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as **Exhibit 2** are true and correct copies of the Stevie Wonder Photo and PicClick's infringements thereof, posted originally on eBay by eBay user *photo-variety*.

10.      Grecco also created many stylized photographs of American-Cuban actor, Andy Garcia. Four of these photos (the "Garcia Photos 1–4," respectively) are at issue in this dispute.

11.      Grecco has timely obtained the copyright registration for Garcia Photos 1–4 with the United States Copyright Office before Defendants' copyright infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as **Exhibit 3** are true and correct copies of Garcia Photo 1 and PicClick's infringement thereof, posted originally on eBay by eBay user *my-beststore*. Attached as **Exhibit 4** are true and correct copies of Garcia Photo 2 and PicClick's infringement thereof, posted originally on eBay by eBay user *my-beststore*. Attached as **Exhibit 5** are true and correct copies of Garcia Photo 3 and PicClick's infringement thereof, posted originally on eBay by eBay user *ubugly*. Attached as **Exhibit 6** are true and correct copies of Garcia Photo 4 and PicClick's infringement thereof, posted originally on eBay by eBay user *my-best-store*.

12.      Grecco also created many stylized photographs of American actress, Jeri Ryan. Four of these photos (the "Ryan Photos 1–4," respectively) are at issue in this dispute.

13.      Grecco has timely obtained the copyright registration for the Ryan Photos 1–4 with the United States Copyright Office before Defendants' copyright infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as **Exhibit 7** are true and correct copies of Ryan Photo 1 and PicClick's infringement thereof, posted originally on eBay by eBay user *katiewoo16*. Attached as **Exhibit 8**

4

**FIRST AMENDED COMPLAINT**

1  are true and correct copies of Ryan Photo 2 and PicClick's infringement thereof,

2  posted originally on eBay by eBay user *rbees-autographs*. Attached as **Exhibit 9** are

3  true and correct copies of Ryan Photo 3 and PicClick's infringement thereof, posted

4  originally on eBay by eBay user *classic_graphs*. Attached as **Exhibit 10** are true

5  and correct copies of Ryan Photo 4 and PicClick's infringements thereof, posted

6  originally on eBay by eBay user *toytitans23*.

7          14.     Grecco also created many stylized photographs of New Zealand actress

8  Lucy Lawless in her role as Xena from the television show "Xena: Warrior

9  Princess." One of these photos (the "Xena Photo") is at issue in this dispute.

10         15.     Grecco has timely obtained the copyright registration for the Xena

11  Photo with the United States Copyright Office before Defendants' copyright

12  infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as

13  **Exhibit 11** are true and correct copies of the Xena Photo and PicClick's

14  infringement thereof, posted originally on eBay by eBay user *my007stuff*.

15         16.     Grecco also created many stylized photographs of the American hip-

16  hop group, NWA. One of these photos (the "NWA Photo") is at issue in this dispute.

17         17.     Grecco has timely obtained the copyright registration for the NWA

18  Photo with the United States Copyright Office before Defendants' copyright

19  infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as

20  **Exhibit 12** are true and correct copies of the NWA Photo and PicClick's

21  infringement thereof, posted originally on eBay by eBay user

22  *graphfactoryauthentics*.

23         18.     Grecco also created many stylized photographs of the American actor,

24  Val Kilmer. One of these photos (the "Kilmer Photo") is at issue in this dispute.

25         19.     Grecco has timely obtained the copyright registration for the Kilmer

26  Photo with the United States Copyright Office before Defendants' copyright

27  infringement of the same in registration VA 1-736-729. **Exhibit 13.** Attached as

28  **Exhibit 14** are true and correct copies of the Kilmer Photo and PicClick's

**FIRST AMENDED COMPLAINT**

1 | infringement thereof, posted originally on eBay by eBay user *our-disappearing-*
2 | *planet-photographs*.
3 |         20.     Grecco also created many stylized photographs of the American
4 | actress, Diane Lane. One of these photos (the "Lane Photo") is at issue in this
5 | dispute.
6 |         21.     Grecco has timely obtained the copyright registration for the Lane
7 | Photo with the United States Copyright Office before Defendants' copyright
8 | infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as
9 | **Exhibit 15** are true and correct copies of the Lane Photo and PicClick's
10 | infringements thereof, posted originally on eBay by eBay user *t50fox*.
11 |         22.     Grecco also created many stylized photographs of the American
12 | actress, Colleen Camp. One of these photos (the "Camp Photo") is at issue in this
13 | dispute.
14 |         23.     Grecco has timely obtained the copyright registration for the Camp
15 | Photo with the United States Copyright Office before Defendants' copyright
16 | infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as
17 | **Exhibit 16** are true and correct copies of the Camp Photo and PicClick's
18 | infringement thereof, posted originally on eBay by eBay user *rtjt20*.
19 |         24.     Grecco also created many stylized photographs of the American
20 | actress, Leah Remini. One of these photos (the "Remini Photo") is at issue in this
21 | dispute.
22 |         25.     Grecco has timely obtained the copyright registration for the Remini
23 | Photo with the United States Copyright Office before Defendants' copyright
24 | infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as
25 | **Exhibit 17** are true and correct copies of the Remini Photo and PicClick's
26 | infringements thereof, posted originally on eBay by eBay user
27 | *bigscreenimages2012*.
28 | / / /

6

**FIRST AMENDED COMPLAINT**

1       26.     Grecco also created many stylized photographs of journalist and former

2    First Lady of California, Maria Shriver. One of these photos (the "Shriver Photo") is

3    at issue in this dispute.

4       27.     Grecco has timely obtained the copyright registration for the Shriver

5    Photo with the United States Copyright Office before Defendants' copyright

6    infringement of the same in registration Vau 610-255. **Exhibit 18**. Attached as

7    **Exhibit 19** are true and correct copies of the Shriver Photo and PicClick's

8    infringements thereof, posted originally on eBay by eBay user *ipgraphco*.

9       28.     Grecco also created many stylized photographs of America actor,

10    Kevin Sorbo, in his role as Hercules. One of these photos (the "Hercules Photo") is

11    at issue in this dispute.

12       29.     Grecco has timely obtained the copyright registration for the Hercules

13    Photo with the United States Copyright Office before Defendants' copyright

14    infringement of the same in registration VA 1-736-729. **Exhibit 13**. Attached as

15    **Exhibit 20** are true and correct copies of the Hercules Photo and PicClick's

16    infringements thereof, posted originally on eBay by eBay user *toptierautographs*.

17       30.     Grecco also created many stylized photographs of American Actors

18    Owen Wilson and Ben Stiller. One of these photos (the "Wilson & Stiller Photo") is

19    at issue in this dispute.

20       31.     Grecco has timely obtained the copyright registration for the Wilson &

21    Stiller Photo before Defendants' copyright infringement of the same in registration

22    VA 1-371-867. **Exhibit 21**. Attached as **Exhibit 22** are true and correct copies of

23    the Wilson & Stiller Photo and PicClick's infringement thereof, posted originally on

24    eBay by eBay user *signed-sealed-delivered*.

25       32.     Grecco also created many stylized photographs of American actress

26    Jennifer Connelly. Two of these photos (the "Connelly Photos 1–2") are at issue in

27    this dispute.

28    / / /

**FIRST AMENDED COMPLAINT**

33.     Grecco has timely obtained the copyright registration for the Connelly Photos with the United States Copyright Office before Defendants' copyright infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as **Exhibit 23** are true and correct copies of Connelly Photo 1 and PicClick's infringement thereof, posted originally on eBay by eBay user *sisebur212012*. Attached as **Exhibit 24** are true and correct copies of Connelly Photo 2 and PicClick's infringements thereof, posted originally on eBay by eBay user *cbsbuzz*.

34.     Grecco also created many stylized photographs of American actor Matt LeBlanc. Two of these photos (the "LeBlanc Photos 1–2") are at issue in this dispute.

35.     Grecco has timely obtained the copyright registration for the LeBlanc Photos with the United States Copyright Office before Defendants' copyright infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as **Exhibit 25** are true and correct copies of LeBlanc Photo 1 and PicClick's infringement thereof, posted originally on eBay by eBay user *our-disappearing-planetphotographs*. Attached as **Exhibit 26** are true and correct copies of LeBlanc Photo 2 and PicClick's infringement thereof, posted originally on eBay by eBay user *our-disappearing-planet-photographs*.

36.     Grecco also created many stylized photographs of American actress Olympia Dukakis. One of these photos (the "Dukakis Photo") is at issue in this dispute.

37.     Grecco has timely obtained the copyright registration for the Dukakis Photo with the United States Copyright Office before Defendants' copyright infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as **Exhibit 27** are true and correct copies of the Dukakis Photo and PicClick's infringement thereof, posted originally on eBay by eBay user *mint-aman*.

38.     Grecco also created many stylized photographs of America actress, Danica McKellar. One of these photos (the "McKellar Photo") is at issue in this

8

**FIRST AMENDED COMPLAINT**

1    dispute.

2        39.    Grecco has timely obtained the copyright registration for the McKellar

3    Photo with the United States Copyright Office before Defendants' copyright

4    infringement of the same in registration Vau750-509. **Exhibit 28.** Attached as

5    **Exhibit 29** is a true and correct copy of the McKellar Photo and PicClick's

6    infringement thereof, posted originally on eBay by eBay user *elizabethhearn*.

7        40.    Grecco also created many stylized photographs of American actress

8    Christina Applegate. One these photos (the "Applegate Photo") is at issue in this

9    dispute.

10       41.    Grecco has timely obtained the copyright registration for the Applegate

11   Photo with the United States Copyright Office before Defendants' copyright

12   infringement of the same in registration VA 1-431-698. **Exhibit 1**. Attached as

13   **Exhibit 30** are true and correct copies of the Applegate Photo and PicClick's

14   infringement thereof, posted originally on eBay by eBay user *katiewoo16*.

15       42.    Grecco also created many stylized and valuable photographs of David

16   Duchovny and Gillian Anderson during their tenure on the hit television show *The*

17   *X-Files*. *The X-Files* gained a worldwide, mass cult following throughout the 1990s

18   and was revived in 2016 and 2018 for a tenth and eleventh season. The show

19   featured two FBI agents, Agent Mulder, a talented profiler and believer in the

20   supernatural, and Agent Scully, a medical doctor and skeptic. Together they

21   investigated unsolved crimes and paranormal activity. According to the New York

22   Times, *The X-Files* "may have been the first show to find its audience growth tied to

23   the growth of the internet," as the audience grew with the accessibility of internet

24   connections and email accounts.  Fans became known as "X-Philes" and purchased

25   X-Files merchandise, such as comics, video games, and t-shirts.

26       43.    Michael Grecco authored the iconic images of Agents Mulder and

27   Scully that X-Files fans immediately associate with the show. Some of Grecco's X-

28   Files photo feature Agents Mulder and Scully together, which are also highly sought

**FIRST AMENDED COMPLAINT**

1    after by "X-Philes." Seven of these photos (the "Mulder & Scully Photos 1–5,"

2    respectively) are at issue in this dispute.

3         44.     Grecco has timely obtained the copyright registration for Mulder &

4    Scully Photo 1 with the United States Copyright Office before Defendants'

5    copyright infringement of the same in registration VA 2-063-319. **Exhibi**t **31**.

6    Attached as **Exhibit 32** are true and correct copies of Mulder & Scully Photo 1 and

7    PicClick's infringements thereof, posted originally on eBay by eBay user *crazy-*

8    *good*.

9         45.     Grecco has timely obtained the copyright registration for Mulder &

10    Scully Photo 2 with the United States Copyright Office before Defendants'

11    copyright infringement of the same in registration VA 2-030-741. **Exhibi**t **33**.

12    Attached as **Exhibit 34** are true and correct copies of Mulder & Scully Photo 2 and

13    PicClick's infringements thereof, posted originally on eBay by eBay user

14    *studiotwelveb*.

15         46.     Grecco has timely obtained the copyright registration for Mulder &

16    Scully Photo 3 with the United States Copyright Office before Defendants'

17    copyright infringement of the same in registration VA 1-825-822. **Exhibi**t **35**.

18    Attached as **Exhibit 36** are true and correct copies of Mulder & Scully Photo 3 and

19    PicClick's infringements thereof, posted originally on eBay by eBay user *tru.playaz*.

20         47.     Grecco has timely obtained the copyright registration for Mulder &

21    Scully Photo 4 with the United States Copyright Office before Defendants'

22    copyright infringement of the same in registration VA 2-030-741. **Exhibi**t **33**.

23    Attached as **Exhibit 37** are true and correct copies of Mulder & Scully Photo 4 and

24    PicClick's infringements thereof, posted originally on eBay by eBay user

25    *johnbrennancollection*.

26         48.     Grecco has timely obtained the copyright registration for Mulder &

27    Scully Photo 5 with the United States Copyright Office before Defendants'

28    copyright infringement of the same in registration VA 1-218-595. **Exhibi**t **38**.

**FIRST AMENDED COMPLAINT**

1   Attached as **Exhibit 39** are true and correct copies of Mulder & Scully Photo 5 and

2   PicClick's infringements thereof, posted originally on eBay by eBay user *tru.playaz*.

3        49.    Grecco also created many stylized photographs for Star Trek: Deep

4   Space Nine. Following as a sequel to original star trek series, Star Trek: Deep Space

5   Nine received critical acclaim, becoming the #1 syndicated show in the United

6   States for adults 18–49 and 25–54 in 1999. The characters of Star Trek: Deep Space

7   Nine were featured on the cover of TV Guide ten times during its run, including

8   several "special issue" editions in which a set of four different-covered versions

9   were printed.

10        50.    Among the photos Grecco took of characters on Star Trek: Deep Space

11   Nine are stylized portraits of the character "Worf," a recurring character and fan-

12   favorite from the series with a unique, alien-like appearances. One of these photos

13   (the "Worf Photo") is at issue in this dispute.

14        51.    Grecco has timely obtained the copyright registration for the Worf

15   Photo with the United States Copyright Office before Defendants' copyright

16   infringement of the same in registration VA 1-298-833. **Exhibit 40**. Attached as

17   **Exhibit 41** are true and correct copies of the Worf Photo and PicClick's

18   infringements thereof, posted originally on eBay by eBay user *5_seasons_crafts*.

19        52.    The thirty-one (31) photographs described in paragraphs 8–51 will be

20   referred to hereinafter as the "Grecco Photos."

21        53.    The twenty-five (25) eBay users identified in paragraphs 8–51 will be

22   referred to hereinafter as the "eBay Users."

23   *The Defendants and the Marketplace*

24        54.    PicClick is a visual shopping interface that allows users to "see

25   hundreds of products on one page compared to a handful in the standard eBay

26   view." The PicClick interface also "provides unique data and analysis on every

27   item," including data on view count, view frequency, and price comparison for

28   similar listings. PicClick also provides a "proprietary "ProductMatch™ algorithm"

**FIRST AMENDED COMPLAINT**

1  that "recommend[s] [similar] items to buyers who have lost items they were bidding

2  on, or . . . recommend[s] items as alternatives for watched items that have ended."

3  Defendant PicClick bears a '©' copyright notice at the bottom of the PicClick

4  website, demonstrating that it seeks to protect its own content from infringement.

5          55.    On information and belief, PicClick makes revenue by participating in

6  the "eBay partner network"; a referral program where eBay pays commission to

7  third parties who send traffic to its site that results in a sale.

8          56.    In spite of Defendants' awareness of the importance of intellectual

9  property rights and their potential to incur liability for the infringement of the same,

10  as a key part of its business model, PicClick has engaged in unauthorized

11  reproduction, distribution and public display of the Grecco Photos and/or derivatives

12  thereof for purpose of trade in violation of 17 U.S.C. § 501 *et seq*.

13          57.    PicClick's usage of the Grecco Photos is not merely in low-resolution

14  thumbnail form; rather, PicClick reproduces on its servers (after copying from eBay)

15  high quality, high-resolution versions of the Grecco Photos, thereby hosting a

16  veritable reservoir of reproductions of the Grecco Photos available for anyone to

17  simply download and use, and thereby facilitating untold numbers of additional

18  infringements.

19          58.    Furthermore, PicClick has contributorily infringed Grecco's copyrights

20  by pointing PicClick users to the eBay Users' auctions through its "proprietary

21  ProductMatch™ algorithm." The eBay Users' unlicensed sales of the Grecco Photos

22  constitute direct copyright infringement under 17 U.S.C. §§ 106(3). PicClick's

23  "ProductMatch™ algorithm"—an algorithm that "recommend[s] [similar] items to

24  buyers who have lost items they were bidding on, or . . . recommend[s] items as

25  alternatives for watched items that have ended" —induces and materially

26  contributes to the copyright-infringing conduct of the eBay users.

27          59.    Grecco has never sold or licensed the Grecco Photos to Defendants or

28  the eBay users.

12

**FIRST AMENDED COMPLAINT**

60.     Plaintiff is informed and believes that Defendants have driven significant traffic to the PicClick website in large part due to the presence of the Grecco Photos that frame this dispute. All of this traffic translates into substantial ill-gotten commercial advantage and revenue generation for Defendants as a direct consequence of their infringing actions.

61.     At the time of this lawsuit, PicClick has not registered an agent to receive notifications of claimed infringement pursuant to 17 U.S.C. § 512(C)(2), nor is PicClick or its website listed on eBay's designation with the Copyright Office.

## FIRST CLAIM FOR RELIEF

**(Copyright Infringement, 17 U.S.C. § 501, Against All Defendants)**

62.     Grecco incorporates herein by reference the allegations in paragraphs 1 through 61 above.

63.     Grecco is the rightsholder to the copyrights of the Grecco Photos, which substantially consist of wholly original material that constitutes copyrightable subject matter under the laws of the United States. Grecco has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.

64.     Defendants have directly, vicariously, and/or contributorily infringed, and unless enjoined, will continue to infringe Grecco's copyrights by reproducing, displaying, distributing, and utilizing the Grecco Photos, or derivative works thereof, for purposes of trade without authorization of or payment to Grecco in violation of 17 U.S.C. § 501 *et seq*.

65.     Defendants have willfully infringed, and unless enjoined, will continue to infringe Grecco's copyrights by knowingly reproducing, displaying, distributing, and utilizing the Grecco Photos, or derivative works thereof, for purposes of trade.

66.     Plaintiff is informed and believes that Defendants' acts of infringement are willful because, *inter alia*, the Defendants are sophisticated businesses with full knowledge of the strictures of federal copyright law and the basic requirements for

13

**FIRST AMENDED COMPLAINT**

licensing the use of copyrighted content for commercial exploitation.

67.    Plaintiff is informed and believes that Defendants, despite such knowledge, willfully reproduced and distributed the Grecco Photos, or derivative works thereof, without any right to do so.

68.    Defendants have received substantial benefits in connection with the unauthorized reproduction, distribution, and utilization of the Grecco Photos, or derivative works thereof, for purposes of trade, including by increasing the traffic to their websites and use of their services.

69.    Defendants' unauthorized actions were and are continuing to be performed without Grecco's permission, license, or consent.

70.    Defendants' wrongful acts have caused, and are causing, great injury to Grecco, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Grecco will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Grecco seeks a declaration that Defendants are infringing Grecco's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Grecco's copyrights.

71.    As a result of Defendants' wrongful acts alleged herein, Grecco has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

72.    Because of the willful nature of Defendants' copyright infringement, Grecco is entitled to an award of statutory damages of up to $150,000 per copyrighted work.

73.    Grecco has identified at least thirty-one (31) copyrighted works infringed by Defendants, which occurred by way of reproduction, public distribution, and public display of the Grecco Photos, or derivative works thereof, on the Defendants' website.

14

**FIRST AMENDED COMPLAINT**

74.     Alternatively, at its discretion, Grecco is entitled to actual damages in an amount to be proven at trial for the infringement of all works at issue.

75.     Grecco is also entitled to its attorneys' fees and costs in prosecuting this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Grecco requests judgment against Defendants as follows:

1.      The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Grecco's rights in the photographs at issue.

2.      Defendants be held liable to Grecco in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504 (a)(2) and (c) and for costs, interest, and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3.      An accounting be made for all profits, income, receipts, or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised that improperly or unlawfully infringes upon Grecco's copyrights pursuant to 17 U.S.C. § 504 (a)(1) and (b).

4.      Requiring Defendants to account for and pay over to Grecco all profits derived by Defendants from their acts of copyright infringement and to reimburse Grecco for all damages suffered by Grecco by reasons of Defendants' acts, pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

15

**FIRST AMENDED COMPLAINT**

5.      Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

6.      That Grecco be awarded any such other and further relief as the Court may deem just and appropriate.


Dated:  August 19, 2021                **ONE LLP**


                                    By: */s/ Jonathan O. Ballard*
                                        Peter Afrasiabi
                                        Joanna Ardalan
                                        Jonathan O. Ballard

                                        *Attorneys for Plaintiff,*
                                        Michael Grecco Productions, Inc.

16

**FIRST AMENDED COMPLAINT**

**DEMAND FOR JURY TRIAL**

Plaintiff Grecco hereby demands a trial by jury as to all claims and all issues properly triable thereby.


Dated:  August 19, 2021          **ONE LLP**


By: */s/ Jonathan O. Ballard*
        Peter Afrasiabi
        Joanna Ardalan
        Jonathan O. Ballard

        *Attorneys for Plaintiff,*
        Michael Grecco Productions, Inc.

17

**FIRST AMENDED COMPLAINT**