Lisel M. Ferguson (Bar No. 207637)
E-mail: lisel.ferguson@procopio.com
Tiffany Salayer (Bar No. 226189)
E-mail: tiffany.salayer@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant
PicClick, Inc., a California Corporation

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PICCLICK, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00037-BAS-DEB<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**<br><br>**JURY TRIAL DEMANDED** |

Defendant PicClick, Inc. ("Defendant" or "PicClick") hereby submits the following answer and affirmative defenses to Plaintiff Michael Grecco Productions, Inc.'s First Amended Complaint for Copyright Infringement ("Complaint") (Dkt. 11).

## ANSWER

Defendant, for its self and no other, denies, generally and specifically, any and all allegations in the Complaint which are not expressly admitted or denied hereinafter. It is not intended that there be any admission by silence or omission as to any allegations in the Complaint. Defendant hereafter responds to each of the sections of the Complaint exactly as it is set forth in utilizing Plaintiff's numbering system.

**JURISDICTION AND VENUE**

1. Defendant admits that Plaintiff filed a Complaint alleging copyright infringement. Defendant specifically denies the cause of action alleged against it for copyright infringement. Defendant denies each and every remaining allegation contained in paragraph 1.

2. Defendant admits that the Southern District has subject matter jurisdiction over the claims as alleged in the Complaint. Defendant denies any wrongdoing including but not limited to the copyright infringement alleged by Plaintiff. Defendant denies each and every remaining allegation contained in paragraph 2.

3. Defendant admits venue is proper in the Southern District under 28 U.S.C. § 1400(a) as PicClick is incorporated in California and is located in the Southern District. Defendant denies each and every remaining allegation contained in paragraph 3.

**PARTIES**

4. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 4.

5. Defendant admits that PicClick, Inc. is a California corporation located in Rancho Santa Fe, California.

6. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 6.

**STATEMENT OF FACTS**

*Grecco's Business and the Photographs Forming*
*the Subject Matter of This Dispute*

7.      Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 7.

8.      Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 8.

9.      Defendant admits that Plaintiff attached Exhibits 1-2 to the Complaint. Defendant denies each and every remaining allegation contained in paragraph 9.

10.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 10.

11.     Defendant admits that Plaintiff attached Exhibits 1, 3-6 to the Complaint.  Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick.  Defendant denies each and every remaining allegation contained in paragraph 11.

12.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 12.

13.     Defendant admits that Plaintiff attached Exhibits 1, 7-10 to the Complaint.  Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick.  Defendant denies each and every remaining allegation contained in paragraph 13.

14.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 14.

15.     Defendant admits that Plaintiff attached Exhibits 1 and 11 to the Complaint.  Defendant specifically denies that the image attached and labeled by

Plaintiff "PicClick's Infringement" is an infringement by PicClick.  Defendant denies each and every remaining allegation contained in paragraph 15.

16. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 16.

17. Defendant admits that Plaintiff attached Exhibits 1 and 12 to the Complaint.  Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick.  Defendant denies each and every remaining allegation contained in paragraph 17.

18. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 18.

19. Defendant admits that Plaintiff attached Exhibits 13-14 to the Complaint.  Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick.  Defendant denies each and every remaining allegation contained in paragraph 19.

20. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 20.

21. Defendant admits that Plaintiff attached Exhibits 1 and 15 to the Complaint.  Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 21.

22. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 22.

23. Defendant admits that Plaintiff attached Exhibits 1 and 16 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 23.

24. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 24.

25. Defendant admits that Plaintiff attached Exhibits 1 and 17 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 25.

26. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 26.

27. Defendant admits that Plaintiff attached Exhibits 18-19 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 27.

28. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 28.

29. Defendant admits that Plaintiff attached Exhibits 13 and 20 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 29.

30.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 30.

31.     Defendant admits that Plaintiff attached Exhibits 21-22 to the Complaint.  Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick.  Defendant denies each and every remaining allegation contained in paragraph 31.

32.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 32.

33.     Defendant admits that Plaintiff attached Exhibits 1 and 23-24 to the Complaint.  Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick.  Defendant denies each and every remaining allegation contained in paragraph 33.

34.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 34.

35.     Defendant admits that Plaintiff attached Exhibits 1 and 25-26 to the Complaint.  Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick.  Defendant denies each and every remaining allegation contained in paragraph 35.

36.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 36.

37.     Defendant admits that Plaintiff attached Exhibits 1 and 27 to the Complaint.  Defendant specifically denies that the image attached and labeled by

Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 37.

38. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 38.

39. Defendant admits that Plaintiff attached Exhibits 28-29 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 39.

40. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 40.

41. Defendant admits that Plaintiff attached Exhibits 1 and 30 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 41.

42. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 42.

43. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 43.

44. Defendant admits that Plaintiff attached Exhibits 31-32 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 44.

45. Defendant admits that Plaintiff attached Exhibits 33-34 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 45.

46. Defendant admits that Plaintiff attached Exhibits 35-36 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 46.

47. Defendant admits that Plaintiff attached Exhibits 33 and 37 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 47.

48. Defendant admits that Plaintiff attached Exhibits 38-39 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 48.

49. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 49.

50. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 50.

51. Defendant admits that Plaintiff attached Exhibits 40-41 to the Complaint. Defendant specifically denies that the image attached and labeled by Plaintiff "PicClick's Infringement" is an infringement by PicClick. Defendant denies each and every remaining allegation contained in paragraph 51.

1  52. Defendant is without sufficient knowledge or information to form a
2  belief as to the truth of the allegations and on that basis denies each and every
3  allegation contained in paragraph 52.

4  53. Defendant is without sufficient knowledge or information to form a
5  belief as to the truth of the allegations and on that basis denies each and every
6  allegation contained in paragraph 53

*The Defendants and the Marketplace*

8  54. Defendant admits it has created a visual search interface for eBay that
9  allows users to see products on one page. Defendant admits it advertises on its
10  website at picclick.com. Defendant denies each and every allegation contained in
11  paragraph 54 as they are taken out of context.

12  55. Defendant admits it has passed the eBay Compatible Application
13  Check. Defendant admits it is an eBay Partner Network affiliate. Defendant denies
14  each and every remaining allegation contained in paragraph 55.

15  56. Defendant denies each and every allegation contained in paragraph 56.
16  57. Defendant denies each and every allegation contained in paragraph 57.
17  58. Defendant denies each and every allegation contained in paragraph 58.
18  59. Defendant is without sufficient knowledge or information to form a
19  belief as to the truth of the allegations and on that basis denies each and every
20  allegation contained in paragraph 59.
21  60. Defendant denies each and every allegation contained in paragraph 60.
22  61. Defendant admits that when this case was initiated it had not registered
23  and listed an agent for DMCA, however by the time the First Amended Complaint
24  was filed Defendant had obtained and listed an agent. Defendant denies each and
25  every remaining allegation contained in paragraph 61.

## FIRST CLAIM FOR RELIEF

**(Copyright Infringement, 17 U.S.C. § 501, Against All Defendants)**

62. To the extent any allegations of the Complaint are not addressed above, they are denied.

63. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in paragraph 63.

64. Defendant specifically denies it has committed or contributed to any copyright infringement. Defendant further denies Plaintiff has been harmed by Defendant. Defendant denies each and every remaining allegation contained in paragraph 64.

65. Defendant specifically denies it has willfully infringed. Defendant further denies Plaintiff has been harmed by Defendant. Defendant denies each and every remaining allegation contained in paragraph 65.

66. Defendant specifically denies it has willfully infringed. Defendant denies each and every remaining allegation contained in paragraph 66.

67. Defendant specifically denies it has willfully reproduced or distributed the images at issue or any derivative thereof. Defendant denies each and every remaining allegation contained in paragraph 67.

68. Defendant denies each and every allegation contained in paragraph 68.

69. Defendant denies each and every allegation contained in paragraph 69.

70. Defendant denies each and every allegation contained in paragraph 70.

71. Defendant denies each and every allegation contained in paragraph 71.

72. Defendant denies each and every allegation contained in paragraph 72.

73. Defendant denies each and every allegation contained in paragraph 73.

74. Defendant denies each and every allegation contained in paragraph 74.

75. Defendant denies each and every allegation contained in paragraph 75.

## OBJECTIONS TO PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to the requested relief identified in items 1-6 of Plaintiff's Prayer for Relief or any other relief.  Defendant denies all allegations in the Complaint not expressly admitted above.

## AFFIRMATIVE DEFENSES

In further response to the Complaint, and without admitting that as to any of the below allegations Defendant bears the burden of proof, Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

As a first, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that the Complaint and each and every cause of action therein fails to state facts sufficient to constitute a cause of action against Defendant.

## SECOND AFFIRMATIVE DEFENSE
### (Lack of Damages)

As a second, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that Plaintiff has suffered no loss, damage, injury or harm as a result of any conduct, inactions, or actions, as alleged in the Complaint.

## THIRD AFFIRMATIVE DEFENSE
### (Fair Use)

As a third, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that its use of the alleged copyrighted images is fair use.

## FOURTH AFFIRMATIVE DEFENSE

### (Copyright Invalidity)

As a fourth, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that Plaintiff has filed invalid copyright registrations in that the works are not original, the works lacked copyrightable subject matter, or the contents are in the public domain, and/or to the extent that Plaintiff claims rights to elements of the alleged works that are not original, are functional or otherwise not protectable under copyright.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

As a fifth, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that by virtue of Plaintiff's unlawful, immoral, careless, negligent and other unlawful conduct, Plaintiff is barred from recovery against Defendant by the equitable doctrine of "unclean hands" and of in pari delicto.

## SIXTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

As a sixth, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that Plaintiff's claim is barred from recovery against Defendant based on the statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

### (First Sale)

As a seventh, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant

alleges that Plaintiff's claim is barred from recovery against Defendant by the doctrine of first sale.

## EIGHTH AFFIRMATIVE DEFENSE
### (No Primary Liability)

As an eighth, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that Plaintiff's claims for secondary liability are barred, in whole or in part, by Plaintiff's failure to demonstrate primary liability.

## NINTH AFFIRMATIVE DEFENSE
### (License or Implied License)

As a ninth, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that Plaintiff's claims are barred, in whole or part, by a license or implied license.

## TENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

As a tenth, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that Plaintiff's claims are barred, in whole or part, by Plaintiff's failure to exercise reasonable care and diligence to mitigate any alleged damages they suffered and have unreasonably delayed in submitting their claims for any alleged losses.

## ELEVENTH AFFIRMATIVE DEFENSE
### (No Entitlement to Injunctive Relief)

As an eleventh, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that that Plaintiff is not entitled to injunctive relief because Plaintiff has not suffered, will not suffer, irreparable harm due to Defendant's alleged conduct.

Plaintiff has an adequate remedy at law, and the balance of hardships and public interest do not favor injunctive relief.

## TWELFTH AFFIRMATIVE DEFENSE

### (Laches)

As a twelfth, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that Plaintiff's claims are barred by the doctrine of laches.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Additional Defenses)

As a thirteenth, separate and affirmative defense to Plaintiff's Complaint on file herein, and each and every purported cause of action therein stated, Defendant alleges that Defendant presently lacks sufficient knowledge or information upon which to ascertain whether as yet unstated affirmative defenses are available. Defendant reserves the right to assert additional defenses ascertained by further investigation and discovery.

DATED: February 2, 2022

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: s/Tiffany Salayer
Lisel M. Ferguson
Tiffany Salayer

Attorneys for Defendant
PicClick, Inc.