Peter R. Afrasiabi (Bar No.193336)
Email: pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Attorneys for Plaintiff,
MICHAEL GRECCO PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PICCLICK, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00037-BAS-DEB<br>Hon. Cynthia Bashant<br><br>**DECLARATION OF PETER R. AFRASIABI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CONSOLIDATE** |

## DECLARATION OF PETER R. AFRASIABI

I, Peter R. Afrasiabi, declare as follows:

1. I am an attorney at law duly licensed to practice in this court and counsel of record for Plaintiff Michael Grecco Productions ("Grecco" or "Plaintiff"). I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

2. The schedule proposed by defendant is prejudicial to my client as it does not afford me enough time to do the requisite discovery. I cannot, given the requirements of this case and my case load, in less than 3 months, gather and conduct all discovery necessary for this case to also then secure and have an expert report done. I believe that as a result of such an unnecessarily rushed schedule my client's rights to proper civil discovery and case preparation will be impaired.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of March 2022, in Newport Beach, California.

By: /s/ Peter R. Afrasiabi
     Peter R. Afrasiabi

# CERTIFICATE OF SERVICE

I certify that on March 9, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participant(s) noted below:

Lisel M. Ferguson (SBN 207637)
Email: lisel.ferguson@procopio.com
Tiffany Salayer (SBN 226189)
Email: tiffany.salayer@procopio.com
**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
525 B Street, Suite 2200
San Diego, CA 92101

*Attorneys for Defendant PicClick, Inc.*

Joanna Ardalan
Email: jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd.,
Penthouse Suite
Beverly Hills, CA 90210

*Attorney for Plaintiff, Michael Grecco Productions, Inc.*

　　/s/ Peter R. Afrasiabi
　　Peter R. Afrasiabi

3:22-cv-00037-BAS-DEB
**DECLARATION OF P.AFRASIABI ISO OF OPP TO MOTION TO CONSOLIDATE**