Peter R. Afrasiabi (Bar No.193336)
Email: pafrasiabi@onellp.com
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff,
MICHAEL GRECCO PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PICCLICK, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-00037-RBM-DEB<br>Honorable Ruth Bermudez Montenegro<br><br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)** |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff

2  Michael Grecco Productions, Inc., and Defendant PicClick, Inc., by and through

3  their respective counsel, hereby file this joint motion and stipulate that all of the

4  claims in the above-captioned case shall be dismissed with prejudice.

5    Each party shall bear its own costs and attorneys' fees.

6

7  Dated:  August 10, 2022          **ONE LLP**

8

9                                   By: */s/ Peter R. Afrasiabi*

10                                      Peter R. Afrasiabi
                                        Joanna Ardalan
11

12                                      *Attorneys for Plaintiff,*
                                        Michael Grecco Productions, Inc.
13

14  Dated:  August 10, 2022          **PROCOPIO, CORY, HARGREAVES &**

15                                   **SAVITCH LLP**

16

17                                   By: */s/ Tiffany Salayer*

18                                      Lisel M. Ferguson
                                        Tiffany Salayer
19

20                                      *Attorneys for Defendant,*
                                        PicClick, Inc.
21

22

23

24

25

26

27

28

1

**JOINT MOTION TO DISMISS WITH PREJUDICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

I, Peter Afrasiabi, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ Peter R. Afrasiabi
Peter R. Afrasiabi

**JOINT MOTION TO DISMISS WITH PREJUDICE**